## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

IN RE                *       CASE NO. 05-
                      *
Díaz Rosa, Jorge      *       CHAPTER 13
DEBTOR (S)          *
*******************************************************

## NOTICE OF FILING PETITION IN BANKRUPTCY UNDER
## CHAPTER 13 AND OF AUTOMATIC STAY OF SUITS

You are hereby notified that Díaz Rosa, Jorge has filed a petition under Chapter13 of Title 11, United States Code on ___MAR 0 8 2005___.

Pursuant to the provisions of 11 USC §362, the filing of the petition by the above-named debtors operates as a stay of the commencement or continuation of any court or other proceeding against the debtors, of the enforcement of any judgment against them, of any act or the commencement or continuation of any court proceeding to enforce any lien on the property of the debtors, and of any court proceeding commenced for the purpose of rehabilitation of the debtors or the liquidation of their estate.

You are further notified that under Bankruptcy Act, 11 U.S.C. §1301, a creditor may not act, or commence or continue any civil action, to collect all or any part of a consumer debt of the debtors from any individual that is liable on such debt with the debtors.

This notice is sent to you by order of the United States Bankruptcy Judge.

San Juan, Puerto Rico, this _____MAR 0 8 2005_____.



CELESTINO MATTA-MENDEZ, CLERK
U.S. BANKRUPTCY COURT

By: ___DEPUTY CLERK___

(Official Form 1) (12/03)

| FORM B1 | United States Bankruptcy Court<br>District of Puerto Rico | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Díaz Rosa, Jorge** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**George Díaz Rosa** | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D.<br>No. (if more than one, state all): **8484** | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D.<br>No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**31 Calle Algarín**<br>**Juncos, PR 00777-3561** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business: **Juncos** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): |
|---|

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)
- ☑ Individual(s)
- ☐ Corporation
- ☐ Partnership
- ☐ Other _____
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☑ Chapter 13
- ☐ Sec. 304 - Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)
- ☑ Consumer/Non-Business ☐ Business

**Filing Fee** (Check one box)
- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Chapter 11 Small Business** (Check all boxes that apply)
- ☐ Debtor is a small business as defined in 11 U.S.C. § 101
- ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information** (Estimates only)
- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Díaz Rosa, Jorge** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **DISTRICT OF PUERTO RICO** | Case Number: **04-08966-ESL** | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____

Signature of Debtor                                      **Jorge Díaz Rosa**

X _____

Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**March 7, 2005**
Date

### Signature of Attorney

X _____
Signature of Attorney for Debtor(s)

**ROBERTO FIGUEROA CARRASQUILLO/203614**
Printed Name of Attorney for Debtor(s)

**R. FIGUEROA CARRASQUILLO ATTORNEY AT LAW**
Firm Name

**PO BOX 186**
Address

**CAGUAS, PR  00726-0186**

**(787) 744-7699**
Telephone Number

**March 7, 2005**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____          —3/07/05
Signature of Attorney for Debtor(s)                      Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
## District of Puerto Rico

IN RE:                                     Case No. <u>05-</u>

<u>Díaz Rosa, Jorge</u>                          Chapter <u>13</u>
Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ................................................................. $     **1,500.00**

    Prior to the filing of this statement I have received ................................................................. $     **300.00**

    Balance Due ................................................................. $     **1,200.00**

2.  The source of the compensation paid to me was: ☑ Debtor ☐ Other (specify):

3.  The source of compensation to be paid to me is: ☑ Debtor ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
    e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above disclosed fee does not include the following services:

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

<u>March 7, 2005</u>                          
Date                                 Signature of Attorney

**R. FIGUEROA CARRASQUILLO ATTORNEY AT LAW**
Name of Law Firm

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
## District of Puerto Rico

IN RE:

Case No. <u>05-</u>

<u>Díaz Rosa, Jorge</u>

Chapter <u>13</u>

Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 75,000.00 | | |
| B - Personal Property | Yes | 2 | 2,625.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 73,437.03 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 2 | | 505.18 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 2 | | 25,405.97 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 2,026.32 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 1,726.32 |
| Total Number of Sheets in Schedules | | 13 | | | |
| Total Assets | | | 77,625.00 | | |
| Total Liabilities | | | | 99,348.18 | |

© 1993-2005 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H" for Husband, "W" for Wife, "J" for Joint, or "C" for Community in the column labeled "HWJC." If the debtor holds no interest in real property, write "None" under "Description and Location of Property".

Do not include interests in executory contracts and unexpired leases on the schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a security interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim".

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Two floors cement property (2nd floor: 2 bedrooms, 1 bathroom, living room, kitchen, dining room; 1st floor is rented and used for commercial purpose - same area of 2nd floor) on 98.2600 sm lot located at #31 Algarin Street, Juncos, Puerto Rico** | | | 75,000.00 | 73,437.03 |
| | | TOTAL | 75,000.00 | |

(Report also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None". If additional space is needed in any category, attached a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H" for Husband, "W" for Wife, "J" for Joint, or "C" for Community in the column labeled "HWJC." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions only in Schedule C - Property Claimed as Exempt.

Do not include interests in executory contracts and unexpired leases on the schedule. List them in Schedule G - Executory Contracts and Unexpired Leased.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property".

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | 2 TV set ($75) | | 150.00 |
| | | Bedroom set (w/2 beds) | | 250.00 |
| | | Dining room set | | 100.00 |
| | | Dryer machine | | 100.00 |
| | | Living room set | | 200.00 |
| | | Master bedroom set | | 400.00 |
| | | Microwave oven | | 50.00 |
| | | Miscellaneous kitchen equipments and furnishings | | 150.00 |
| | | Refrigerator | | 150.00 |
| | | Stove | | 75.00 |
| | | Washer machine | | 100.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Clothes and personal effects | | 300.00 |
| 7. Furs and jewelry. | | Jewelry | | 100.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2005 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1987 Toyota Celica | | 500.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | TOTAL | 2,625.00 |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ 0 continuation sheets attached

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

(Check one box)

☑ 11 U.S.C. § 522(b)(1):  Exemptions provided in 11 U.S.C. § 522(d). NOTE: These exemptions are available only in certain states.

☐ 11 U.S.C. § 522(b)(2):  Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE A - REAL PROPERTY** | | | |
| **Two floors cement property (2nd floor: 2 bedrooms, 1 bathroom, living room, kitchen, dining room; 1st floor is rented and used for commercial purpose - same area of 2nd floor) on 98.2600 sm lot located at #31 Algarin Street, Juncos, Puerto Rico** | 11 USC § 522(d)(1) | 3,934.00 | 75,000.00 |
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **2 TV set ($75)** | 11 USC § 522(d)(3) | 150.00 | 150.00 |
| **Bedroom set (w/2 beds)** | 11 USC § 522(d)(3) | 250.00 | 250.00 |
| **Dining room set** | 11 USC § 522(d)(3) | 100.00 | 100.00 |
| **Dryer machine** | 11 USC § 522(d)(3) | 100.00 | 100.00 |
| **Living room set** | 11 USC § 522(d)(3) | 200.00 | 200.00 |
| **Master bedroom set** | 11 USC § 522(d)(3) | 400.00 | 400.00 |
| **Microwave oven** | 11 USC § 522(d)(3) | 50.00 | 50.00 |
| **Miscellaneous kitchen equipments and furnishings** | 11 USC § 522(d)(3) | 150.00 | 150.00 |
| **Refrigerator** | 11 USC § 522(d)(3) | 150.00 | 150.00 |
| **Stove** | 11 USC § 522(d)(3) | 75.00 | 75.00 |
| **Washer machine** | 11 USC § 522(d)(3) | 100.00 | 100.00 |
| **Clothes and personal effects** | 11 USC § 522(d)(3) | 300.00 | 300.00 |
| **Jewelry** | 11 USC § 522(d)(4) | 100.00 | 100.00 |
| **1987 Toyota Celica** | 11 USC § 522(d)(2) | 500.00 | 500.00 |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Díaz Rosa, Jorge _____ Case No. 05-___

                    Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," respectively, in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL / UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| Account No. 00101439705 <br><br> CRIM <br> PO BOX 195387 <br> SAN JUAN, PR 00919-5387 | | | Property tax 2000, 2001, 2002, 2003, 2004 <br> Two floor cement residential property located at #31 Calle Algarin, Juncos, Puerto Rico <br><br> Value $ 75,000.00 | | | | 7,826.53 |
| Account No. <br><br> OLYMPIC MORTGAGE BANKER CORP <br> PO BOX 332092 <br> PONCE, PR 00733-2092 | | | Lien (Judgment dated March 11, 2005 In re Olympic Mortgage vs. Jorge Diaz Rosa , Civil #EEC12003-00240) <br> Same property <br><br> Value $ 75,000.00 | | | | 5,610.50 |
| Account No. <br><br> OLYMPIC MORTGAGE BANKER CORP <br> 5602 S 174TH ST <br> OMAHA, NE 68135-2244 | | | Assignee or other notification for: <br> OLYMPIC MORTGAGE BANKER CORP <br><br> Value $ | | | | |
| Account No. 440-48002861 <br><br> ORIENTAL GROUP <br> PO BOX 71529 <br> SAN JUAN, PR 00936-8629 | | | Mortgage <br> Same property <br><br> Value $ 75,000.00 | | | | 60,000.00 |
| Account No. <br><br> DORAL MORTGAGE CORP <br> PO BOX 13988 <br> SAN JUAN, PR 00908-3988 | | | Assignee or other notification for: <br> ORIENTAL GROUP <br><br> Value $ | | | | |

_____0_____ Continuation Sheets attached

Subtotal (Total of this page) | 73,437.03

(Complete only on last sheet of Schedule D) **TOTAL** | 73,437.03

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entry on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," respectively, in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS
(Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2)

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to a maximum of $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**
Claims of individuals up to a maximum of $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6)

☐ **Alimony, Maintenance, or Support**
Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☑ **Taxes and Other Certain Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

* Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1 Continuation Sheets attached

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|
| Account No. <br> **PR DEPARTMENT OF TREASURY** <br> **OFFICE 424-B** <br> **PO BOX 9024140** <br> **SAN JUAN, PR 00902-4140** | | | **Income Tax 2001** | | | | 505.18 <br><br> 468.00 |
| Account No. <br> **DEPARTMENT OF JUSTICE** <br> **FEDERAL LITIGATION** <br> **PO BOX 9020192** <br> **SAN JUAN, PR 00902-0192** | | | **Assignee or other notification for:** <br> **PR DEPARTMENT OF TREASURY** | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet ____1___ of ____1___ Continuation Sheets attached to Schedule E

Subtotal (Total of this page) — 505.18

(Complete only on last sheet of Schedule E) **TOTAL** — 505.18

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Díaz Rosa, Jorge _____ Case No. 05-_____

Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding unsecured claims without priority against the debtor or the property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," respectively, in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 087600000011082129<br><br>AT&T WIRELESS<br>PO BOX 8220<br>AURORA, IL 60572-8220 | | | Phone/cellular/beeper bills<br>0584304218000149 | | | | 159.00 |
| Account No.<br><br>AT&T WIRELESS<br>PO BOX 7959<br>WESTBURY, NY 11590-7951 | | | Assignee or other notification for:<br>AT&T WIRELESS | | | | |
| Account No.<br><br>GC SERVICES LIMITED PARTNERSHIP<br>PO BOX 47455<br>JACKSONVILLE, FL 32247-7455 | | | Assignee or other notification for:<br>AT&T WIRELESS | | | | |
| Account No.<br><br>GC SERVICES LIMITED PARTNERSHIP<br>PO BOX 2667<br>HOUSTON, TX 77252-2667 | | | Assignee or other notification for:<br>AT&T WIRELESS | | | | |
| Account No. 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<br><br>BANCO BILBAO VIZCAYA ARGENTARIA<br>PO BOX 364745<br>SAN JUAN, PR 00936-4745 | | | Car transferred to third party, debtor agrees to the lift of stay in favor of creditor 2003 Suzuki Aereo. | | | | 20,353.32 |

_____ 1 Continuation Sheets attached

| | Subtotal (Total of this page) | 20,512.32 |
|---|---|---|
| | (Complete only on last sheet of Schedule F) **TOTAL** | |

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Debtor(s)

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions ) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>ISLAND FINANCE PR INC<br>PO BOX 610<br>CAGUAS, PR 00726-0610 | | | Consumer Loan<br>1998 @ | | | | 1,330.65 |
| Account No.<br><br>ISLAND FINANCE PR INC<br>BANKRUPTCY DIVISION<br>PO BOX 195369<br>SAN JUAN, PR 00919-5369 | | | Assignee or other notification for:<br>ISLAND FINANCE PR INC | | | | |
| Account No. 01-58-1301 04-3411-5<br><br>THE ASSOCIATES FINANCE<br>PO BOX 204<br>GURABO, PR 00778-0204 | | | Consumer loan | | | | 3,563.00 |
| Account No.<br><br>THE ASSOCIATES FINANCE<br>BANKRUPTCY DIVISION<br>PO BOX 1616<br>BAYAMON, PR 00960-1616 | | | Assignee or other notification for:<br>THE ASSOCIATES FINANCE | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet _____1____ of _____1____ Continuation Sheets attached to Schedule F

Subtotal (Total of this page)  **4,893.65**

(Complete only on last sheet of Schedule F)  **TOTAL  25,405.97**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.

State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease.

Provide the names and complete addresses of all other parties to each lease or contract described.

**NOTE:** A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

IN RE <u>Díaz Rosa, Jorge</u>                                                Case No. <u>05-</u>

Debtor(s)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|------------------------------|------------------------------|
|                              |                              |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Díaz Rosa, Jorge                    Case No. **05-**

Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| **Married** | RELATIONSHIP<br>**Daughter**<br>**Son** | | AGE<br>**12 yr**<br>**10 yr** |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Carrero** | |
| Name of Employer | **International Services Network, Inc** | |
| How long employed | **1 1/2 Years** | |
| Address of Employer | **Puerto Nuevo< Puerto Rico** | |

| Income: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current Monthly gross wages, salary, and commissions (pro rata if not paid monthly) | $ **1,141.83** | $ |
| Estimated monthly overtime | $ | $ |
| **SUBTOTAL** | $ **1,141.83** | $ |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and Social Security | $ **130.17** | $ |
| b. Insurance | $ **2.17** | $ |
| c. Union dues | $ | $ |
| d. Other (specify) _____ | $ | $ |
| | $ | $ |
| **SUBTOTAL OF PAYROLL DEDUCTIONS** | $ **132.34** | $ |
| **TOTAL NET MONTHLY TAKE HOME PAY** | $ **1,009.49** | $ |
| | | |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ | $ |
| Income from real property | $ | $ |
| Interest and dividends | $ | $ |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | $ |
| Social Security or other government assistance (Specify) _____ | $ | $ |
| _____ | $ | $ |
| Pension or retirement income | $ | $ |
| Other monthly income | | |
| (Specify) Rent _____ | $ **1,000.00** | $ |
| (Chritmas Bonus $189 + Income Tax Return $13)/12 | $ **16.83** | $ |
| | $ | $ |
| **TOTAL MONTHLY INCOME** | $ **2,026.32** | $ |

**TOTAL COMBINED MONTHLY INCOME $ _____ 2,026.32** (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

© 1993-2005 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

IN RE <u>Díaz Rosa, Jorge</u>        Case No. <u>05-</u>
       Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 714.75 |
| Are real estate taxes included?   Yes ____   No ✓ | | |
| Is property insurance included?   Yes ____   No ✓ | | |
| Utilities:   Electricity and heating fuel | $ | 60.00 |
|       Water and sewer | $ | 100.00 |
|       Telephone | $ | 50.00 |
|       Other <u>Cable TV</u> | $ | 40.00 |
|          <u>Cellular</u> | $ | 35.00 |
| | $ | |
| Home maintenance (repairs and upkeep) | $ | |
| Food | $ | 300.00 |
| Clothing | $ | 60.00 |
| Laundry and dry cleaning | $ | |
| Medical and dental expenses | $ | 35.00 |
| Transportation (not including car payments) | $ | |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 50.00 |
| Charitable contributions | $ | |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
|      Homeowner's or renter's | $ | |
|      Life | $ | |
|      Health | $ | |
|      Auto | $ | |
|      Other ____ | $ | |
| | $ | |
| | $ | |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) ____ | $ | |
| | $ | |
| | $ | |
| Installment payments (in chapter 12 and 13 cases, do not list payments to be included in the plan) | | |
|      Auto | $ | |
|      Other ____ | $ | |
| | $ | |
| Alimony, maintenance, and support paid to others | $ | |
| Payments for support of additional dependents not living at your home | $ | |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | |
| Other   <u>Lunches at work</u> | $ | 100.00 |
|      <u>Gasoline and car maintenance</u> | $ | 150.00 |
|      <u>School expenses &/or Savings</u> | $ | 31.57 |
| | $ | |
| | $ | |
| **TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)** | **$** | **1,726.32** |

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | |
|---|---|---|
| A.   Total projected monthly income | $ | 2,026.32 |
| B.   Total projected monthly expenses | $ | 1,726.32 |
| C.   Excess income (A minus B) | $ | 300.00 |
| D.   Total amount to be paid into plan each <u>Monthly</u> | $ | 300.00 |
|                     (interval) | | |

© 1993-2005 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

**IN RE** Díaz Rosa, Jorge _____ Case No. 05-_____
                    <sub>Debtor(s)</sub>

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**14** sheets, and that
                                                                                                      <sub>(Total shown on summary page plus 1)</sub>
they are true and correct to the best of my knowledge, information, and belief.

Date: **March 7, 2005** _____    Signature: _____

~~Jorge Díaz Rosa~~                                                                                  <sub>Debtor</sub>

Date: _____    Signature: _____

                                                                                                  <sub>(Joint Debtor, if any)</sub>

[If joint case, both spouses must sign.]

---

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____          _____
<sub>Printed or Typed Name of Bankruptcy Petition Preparer</sub>          <sub>Social Security No.</sub>
                                                                       <sub>(Required by 11 U.S.C. § 110(c).)</sub>

_____

_____
<sub>Address</sub>

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

_____          _____
<sub>Signature of Bankruptcy Petition Preparer</sub>                              <sub>Date</sub>

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedures may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
                              <sub>(Total shown on summary page plus 1)</sub>

Date: _____    Signature: _____

                                             _____
                                                  <sub>(Print or type name of individual signing on behalf of debtor)</sub>

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

**Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.**

DECLARATION CONCERNING DEBTOR'S SCHEDULES

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE:                                                          Case No. <u>05-</u> _____

<u>Díaz Rosa, Jorge</u> _____ Chapter <u>13</u> _____

Debtor(s)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

"*In business.*" A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

"*Insider.*" The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| 1,687.13 | International Services Network, Inc - year to date |
| 12,000.00 | International Services Network, Inc - 2004 |
| 11,839.00 | International Services Network-2003 |

---

**2. Income other than from employment or operation of business**

None ☑   State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**3. Payments to creditors**

None ☑   a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑   b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Olympic Mortgage Bankers, Corp EECI 2003-00240 | | Juncos Municipal Court | Auction date: March 11, 2005 (San Lorenzo Room) |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**None** ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 5. Repossessions, foreclosures and returns

**None** ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 6. Assignments and receiverships

**None** ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

**None** ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 7. Gifts

**None** ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 8. Losses

**None** ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case or **since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 9. Payments related to debt counseling or bankruptcy

**None** ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Roberto Figueroa Carrasquillo, Esq. PO Box 193677 San Juan, PR 00919-3677 | 3/7/05 | 100.00 |

### 10. Other transfers

**None** ☐ List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Wilfredo González no relation | 2004 | 2003 Suzuki w/account w/BBVA Value received $0 |

**18. Nature, location and name of business**

None ☑ a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all  businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: **March  7, 2005**　　　　　　 Signature _____
　　　　　　　　　　　　　　　　 of Debtor
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　 Jorge Díaz Rosa

Date: _____ Signature _____
　　　　　　　　　　　　　　　　 of Joint Debtor
　　　　　　　　　　　　　　　　 (if any)

　　　　　　　　　　　　　　_____ **0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Díaz Rosa, Jorge
31 Calle Algarin
Juncos, PR  00777-3561

GC SERVICES LIMITED PARTNERSHIP
PO BOX 2667
HOUSTON, TX  77252-2667


R. FIGUEROA CARRASQUILLO
ATTORNEY AT LAW
PO BOX 186
CAGUAS, PR  00726-0186

ISLAND FINANCE PR INC
BANKRUPTCY DIVISION
PO BOX 195369
SAN JUAN, PR  00919-5369


ANGEL M. VAZQUEZ  BAUZA
PO BOX 191017
SAN JUAN, PR  00919-1017

ISLAND FINANCE PR INC
PO BOX 610
CAGUAS, PR  00726-0610


AT&T WIRELESS
PO BOX 8220
AURORA, IL  60572-8220

OLYMPIC MORTGAGE BANKER CORP
PO BOX 332092
PONCE, PR  00733-2092


AT&T WIRELESS
PO BOX 7959
WESTBURY, NY  11590-7951

OLYMPIC MORTGAGE BANKER CORP
5602 S 174TH ST
OMAHA, NE  68135-2244


BANCO BILBAO VIZCAYA ARGENTARIA
PO BOX 364745
SAN JUAN, PR  00936-4745

ORIENTAL GROUP
PO BOX 71529
SAN JUAN, PR  00936-8629


CRIM
PO BOX 195387
SAN JUAN, PR  00919-5387

PR DEPARTMENT OF TREASURY
OFFICE 424-B
PO BOX 9024140
SAN JUAN, PR  00902-4140


DEPARTMENT OF JUSTICE
FEDERAL LITIGATION
PO BOX 9020192
SAN JUAN, PR  00902-0192

THE ASSOCIATES FINANCE
PO BOX 204
GURABO, PR  00778-0204


DORAL MORTGAGE CORP
PO BOX 13988
SAN JUAN, PR  00908-3988

THE ASSOCIATES FINANCE
BANKRUPTCY DIVISION
PO BOX 1616
BAYAMON, PR  00960-1616


GC SERVICES LIMITED PARTNERSHIP
PO BOX 47455
JACKSONVILLE, FL  32247-7455

UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE: 

JORGE DIAZ ROSA

BK. CASE # 05—

CHAPTER 13

DEBTOR(S)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☒ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: MARCH 7, 2005
☒ PRE ☐ POST-CONFIRMATION

☐ AMENDED PLAN DATED: ____
FILED BY ☐ DEBTOR ☐ TRUSTEE ☐ OTHER

### I. PAYMENT PLAN SCHEDULE

$ 300.00 x 60 = $18,000.00
$____ x____ =____
$____ x____ =____
$____ x____ =____
$____ x____ =____
TOTAL = $18,000.00

Additional Payments:
$____ to be paid as a LUMP SUM within____ with proceeds to come from
☐ Sale of property identified as follows:
____
____
☐ Other:____
____
____

Periodic Payments to be made other than, and in addition to the above.
$____ x____ =____

PROPOSED BASE: $ 18,000.00

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)
a. Outstanding balance as per Rule 2016(b) Fee Disclosure Statement:  $____
b. Additional Fees:  $____
c. Adjusted Balance  $____

Signed: [signature]
DEBTOR

____
JOINT DEBTOR

### II DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS CR ____ $ ____
B. SECURED CLAIMS.
☐ Debtor represents no secured claims.
☒ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☒ Trustee pays secured ARREARS:
Cr. ORIENTAL GROUP (DORAL)    Cr. ____
# 440-4800286    # ____    # ____
$ ____    $ ____    $ ____
2. ☒ Trustee pays IN FULL Secured Claims
Cr. CRIM    Cr. OLYMPIC MORTGAGE
# ____    # ____    # ____
3. ☐ Trustee pays VALUE OF COLLATERAL
Cr. ____    Cr. ____    Cr. ____
# ____    # ____    # ____
$ ____    $ ____    $ ____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
____
5. ☒ OTHER: LIFT OF STAY IN FAVOR OF BBVA CAR IN POSSESSION OF 3RD PARTY.
6. ☒ Debtor Otherwise maintains regular payments directly to:
ORIENTAL MORTGAGE (doral)
C. PRIORITIES. The Trustee shall pay priorities in accordance with the law.
(II U.S.C. § 507 and § 1322 (a)(2)
D. UNSECURED CLAIMS. Plan ☐ Classifies ☒ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other:____
☐ Paid 100% / ☐ Other:____
Cr. ____    Cr. ____    Cr. ____
# ____    # ____    # ____
(b) ☐ Other:____

2. X Unsecured Claims otherwise receive PRO-RATA disbursements

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecured, etc.)
____

ATTORNEY FOR DEBTOR: [signature]    Phone: 744-7699
ROBERTO FIGUEROA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:            :

                                       :      **CASE NO.05-**

Díaz Rosa, Jorge            :

                                         :

                                         :      **CHAPTER 13**

Debtor(s)                    :

----------------------------------------------------------------

### *NOTICE TO DEBTOR OF FILING A PETITION IN BANKRUPTCY UNDER CHAPTER 13*

Upon the filing of the instant petition, the items checked were not submitted to the Court:

[   ] **Signature (Upon filing)**

[   ] **Master Address List (Upon filing)**

[   ] **Master address list in Diskette (Upon filing)**

[   ] **List of Creditors (Upon filing)**

[   ] **Statement of Social Security Number (Form B-21) and/or Employer ID Number (Upon filing)**

[   ] **Statement disclosing compensation paid or to be paid to the attorney for the debtor Must be submitted upon filing or within 15 days or any other date set by the Court. 11 U.S.C. §329 and Rule 2016 (b) Fed. R Bankr.P.**

[   ] **Chapter 13 Plan (Must be submitted with the petition or within 15 days)**

[   ] **Schedules (Must be submitted with the petition or within 15 days)**

[   ] **Statement of Affairs (Official Form 7)**
        **(Must be submitted with the petition or within 15 days. Rule 1007(b) & (c)**

        You are hereby notified that upon failure to file the above indicated documents within the prescribed period of time specified herein, the Court may enter an order of dismissal without further notice or hearing.

        San Juan, Puerto Rico, this    MAR 0 8 2005          .

                                 **BY ORDER OF THE COURT**
                                 **CELESTINO MATTA-MENDEZ**

                                 **BY:** _____
                                       **DEPUTY CLERK**